FILED
SEP [date]
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **1:07-CR-211-MHT** |
| | ) | [18 USC 922(g)(1)] |
| JEFFREY LYNN HOLLAND | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about January 11, 2007, in Dale County, within the Middle District of Alabama,

JEFFREY LYNN HOLLAND,

defendant herein, having been convicted of the following felony offense, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit: September 11, 2003, Possession of a Controlled Substance, case number CC 2002 000341, in the Circuit Court of Dale County, Alabama, did knowingly possess in and affecting interstate commerce a firearm, to-wit: a Remington, Model 1100, 12 gauge shotgun, a better description of which is unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

/s/ Foreperson

/s/ LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
Assistant United States Attorney