IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:07-CR-211-MHT** |
| ) | |
| **JEFFREY L. HOLLAND** ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **JEFFREY L. HOLLAND** in the above-styled matter.

Dated this 26th day of November 2007.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew W. Shepherd, Esquire, Assistant United States Attorney.

                                              **s/Christine A. Freeman**
                                              **CHRISTINE A. FREEMAN**
                                              **TN BAR NO.: 11892**
                                              Attorney for Defendant
                                              Federal Defenders
                                              Middle District of Alabama
                                              201 Monroe Street, Suite 407
                                              Montgomery, AL 36104
                                              TEL: (334) 834-2099
                                              FAX: (334) 834-0353
                                              E-Mail: Christine_Freeman@fd.org