IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr211-MHT |
| | ) | |
| JEFFREY LYNN HOLLAND | ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for July 21, 2008, and for good cause, it is

ORDERED that the pretrial conference previously scheduled for January 11, 2008 be and hereby is **RESCHEDULED** for 3:00 p.m. on **June 30, 2008** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.**

Done, this 10th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE