IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr211-MHT |
| | ) | |
| JEFFREY L. HOLLAND | ) | |

## **ORDER**

Upon consideration of defendant's unopposed motion to remove electronic monitoring (Doc. # 17), filed June 17, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. All other conditions of release entered on November 21, 2007 (Doc. # 7) shall remain in effect.

DONE, this 19th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE