IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr211-MHT |
| | ) | |
| JEFFREY LYNN HOLLAND | ) | |

## **ORDER**

Based upon this court's order setting the trial in the above-styled case for November 3, 2008, and for good cause, it is

ORDERED that the pretrial conference previously scheduled for June 30, 2008 be and hereby is **rescheduled** for 3:00 p.m. on September 29, 2008 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.

Done, this 25th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE